FILED
2008 Jul-09 AM 11:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA CRITTENDEN, | ) |
| Plaintiff, | ) |
| v. | ) |
| AMSHER COLLECTION SERVICES, INC., a foreign corporation, ALLIANCE COLLECTION SERVICES, a foreign company, STANDARD FURNITURE COMPANY, a domestic company, EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability corporation, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, and TRANS UNION, LLC, a foreign limited liability corporation, | ) Civil Action No.: 2:08-cv-1006 |
| Defendants. | ) |

## NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT TRANS UNION

COMES NOW Plaintiff Patricia Crittenden, by and through her undersigned counsel, and gives this Court notice of its voluntary dismissal of Defendant TRANS UNION pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*. Defendant TRANS UNION has not filed an answer in this case.

RESPECTFULLY SUBMITTED this 9th day of July, 2008.

/s/ Andy Nelms
K. ANDERSON NELMS (NEL022)
2005 Cobbs Ford Road, Suite 301A
Prattville, AL 36066
Phone: (334) 351-1770
Fax: (334) 351-1774
andynelms@andersonnelms.com
ASB-6972-E63K
Counsel for Plaintiff

OF COUNSEL:

Anderson Nelms & Associates, LLC

2005 Cobbs Ford Road, Suite 301A

Prattville, Alabama 36066