FILED
2008 Oct-01 PM 03:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PATRICIA CRITTENDEN,** | } |
| **Plaintiff,** | } |
| v. | } CASE NO. CV 08-B-1006-S |
| **AMSHER COLLECTION SERVICE, INC.; ALLIANCE COLLECTION SERVICES; STANDARD FURNITURE COMPANY. INC.; EQUIFAX INFORMATION SERVICES, L.L.C.; EXPERIAN INFORMATION SOLUTIONS, INC.,** | } |
| **Defendants.** | } |

### ORDER

In accordance with the Joint Stipulation of Dismissal filed by the plaintiff Patricia Crittenden and defendant Alliance Collection Services herein on September 30, 2008, (doc. 20),[1] the court hereby **ORDERS** that the above-referenced matter is **DISMISSED WITH PREJUDICE** against Defendant Alliance Collection Services.

**DONE**, this the 1st day of October, 2008.

_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.