IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA CRITTENDEN, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | CASE NO. CV 08-B-1006-S |
| } | |
| AMSHER COLLECTION SERVICE, } | |
| INC.; STANDARD FURNITURE } | |
| COMPANY. INC.; EXPERIAN } | |
| INFORMATION SOLUTIONS, INC., } | |
| } | |
| Defendants. } | |

## ORDER

The court has been advised by counsel that the above-referenced case has been settled. It is therefore **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party to reopen the case within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment.

**DONE**, this the 1st day of October, 2008.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE